United States District Court
Southern District of Florida

Case No.

Donna Mumford and Larry Mumford,
her husband,

     Plaintiff(s),

vs.

Carnival Cruise Lines,

     Defendant(s).

_____/

## COMPLAINT FOR DAMAGES

Plaintiffs, Donna Mumford and Larry Mumford, by and through undersigned counsel, bring this action against Defendant(s), Carnival Cruise Lines, and alleges as follows:

### GENERAL ALLEGATIONS AS TO ALL COUNTS

1. This action is filed under 28 USC 1332.

2. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest, costs and attorneys fees and is within the exclusive jurisdiction of this Honorable Court.

3. Plaintiff, Donna Mumford, at all times material and relevant hereto was a resident of Broward County, Florida and is sui juris.

4. Plaintiff, Larry Mumford, at all times material and relevant hereto was a resident of Broward County, Florida and is sui juris.

5. Defendant, Carnival Cruise Lines, is and has been at all times material hereto licensed to do business in the State of Florida.

### COUNT I

Plaintiff, Donna Mumford, sues the Defendant, Carnival Cruise Lines, and realleges the allegations contained in paragraphs 1 through 4 above, and for Count I of this Complaint, alleges as follows:

6. On or about July 20, 2012, the Plaintiff, Donna Mumford, was lawfully on the

premises of the Defendant, Carnival Cruise Lines, on the Carnival Liberty, as a business invitee.

7.     That on or about July 20, 2012, the Defendant, Carnival Cruise Lines, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

8.     That on or about July 20, 2012, the Defendant, Carnival Cruise Lines, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit;  failure to maintain proper medical supplies on board in case of emergency causing the Plaintiff, Donna Mumford, to be seriously injured.

9.     That the Defendant, Carnival Cruise Lines, either knew or should have known of the existence of the dangerous condition by failing to maintain proper medical supplies on board in case of emergency and should have taken steps to warn the Plaintiff, Donna Mumford, of the existence of the dangerous condition.

10.    That the Defendant, Carnival Cruise Lines, had a duty to maintain the Carnival Liberty in a reasonably safe and proper condition for the general public.

11.    That the Defendant failed to maintain the Carnival Liberty in a safe and proper condition by failing to maintain proper medical supplies on board in case of emergency.

12.    That the Defendant, Carnival Cruise Lines, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

13.    That the Defendant, Carnival Cruise Lines, failed to warn the Plaintiff, Donna Mumford, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, Donna Mumford, was known or reasonably foreseeable by the Defendant, Carnival Cruise Lines, and the Plaintiff, Donna Mumford, neither knew nor should have known of said condition and risk by the use of reasonable care.

14.    That as a result of the Defendant's failure to maintain the Carnival Liberty in

a reasonably safe condition, Plaintiff, Donna Mumford, was severely injured.

15.     As a direct and proximate result of the negligence of the Defendant, Carnival Cruise Lines, the Plaintiff, Donna Mumford, suffered bodily injury and resulting pain and suffering, permanent disability and/or permanent impairment, permanent scarring, aggravation of pre-existing condition, mental anguish, loss of the capacity for the enjoyment of life, inconvenience, lost wages and loss of ability to earn money in the past and in the future; all of which are permanent and continuing in nature.

16.     In addition, as a direct and proximate result of the Defendant, Carnival Cruise Lines, the Plaintiff, Donna Mumford, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff, Donna Mumford, demands judgment for damages against the Defendant, Carnival Cruise Lines plus court costs and further demands a trial by jury of all issues so triable.

## COUNT II - LOSS OF CONSORTIUM

17.     Plaintiff, Larry Mumford, readopts and realleges all of the allegations in Count I, and incorporates same as fully set forth herein.

18.     That all time material hereto the Plaintiff, Larry Mumford, was the lawful husband of the Plaintiff, Donna Mumford.

19.     That as a direct and proximate result of the Defendant's negligence, the Plaintiff, Larry Mumford, has and will suffer the loss of services, consortium and the care and comfort of her society.

20.     Said losses are continuing in nature and the Plaintiff, Larry Mumford, will suffer said losses in the future.

WHEREFORE, the Plaintiff, Larry Mumford, demands judgment for damages against the Defendant(s), Carnival Cruise Lines, plus court costs and further demands a trial by jury of all issues so triable.

Dated March 7, 2013

LESLIE DUBERSTEIN GLENN, P.A.
Attorney for Plaintiff(s)
370 W. Camino Gardens Blvd., Suite 300
Boca Raton, FL 33432
Facsimile    :      (561) 361-6470
Telephone   :  (561) 361-1381
Service E-mail:  leslieg@ldgpa.com

By: _____
    LESLIE DUBERSTEIN GLENN, ESQ.
    FBN: 0957658